IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLEN BENNETT, Inmate #A-81422, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 07-519-WDS |
| ) | |
| YOLANDE JOHNSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

The Court denied Plaintiff's request for leave to proceed *in forma pauperis*, finding that he has accumulated three or more strikes. *See* 28 U.S.C. § 1915A. Now before the Court is Plaintiff's motion challenging that finding; he claims that he is, in fact, in imminent danger of serious physical harm. The Court disagrees.

In this action, Plaintiff complains about lack of access to the grievance process. He also claims that he experiences severe emotional distress due to his placement in Menard; he believes that simply by being housed at Menard, he is at "high risk of harm." Although the Court accepts Plaintiff's allegation that Menard may be a more dangerous institution than Pinckneyville, such a generalized assertion does not support a finding that Plaintiff is in ***imminent*** danger of serious physical harm.

Accordingly, the motion for reconsideration (Doc. 6) is **DENIED**. Plaintiff shall pay the full filing fee of $350 for this action within **FIFTEEN (15) DAYS** of the entry of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff does not comply with this Order in the time

allotted, this case will be closed for failure to comply with an order of this Court.  FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

    **IT IS SO ORDERED.**

    **DATED:  September 5, 2007.**

    **s/ WILLIAM D.  STIEHL**
    **DISTRICT JUDGE**