# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ALLEN BENNETT, Inmate #A-81422,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 07-519-WDS |
| | ) | |
| **YOLANDE JOHNSON,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

The Court revoked Plaintiff's pauper status upon a finding that he has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and he is not under imminent danger of serious physical injury. Plaintiff was directed to pay the $350 filing fee for this action within 15 days, and no payment has been received within the allotted time.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is hereby **DISMISSED** with prejudice for failure to pay the filing fee. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| | | |
|---|---|---|
| January 9, 2008 | By: | s/ WILLIAM D. STIEHL |
| *Date* | | *District Judge* |